## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---

STARLENE SWARTZ,

       Plaintiff,

-against-

WORLD CLASS KIDS, INC. and
MICHAEL BREDA,

       Defendants.

**STIPULATION OF DISCONTINUANCE**

1:15-cv-1300 (FJS/DJS)

---

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September __, 2016

**THE TUTTLE LAW FIRM**

By: _____
James B. Tuttle, Esq.
*Attorney for Plaintiff*
10 Century Hill Drive, Suite 4
Latham, New York 12110
(518) 783-1001

Dated: September __, 2016

By: _____
John R. Winn, Esq.
*Attorney for Defendants*
13 North Street
Granville, NY 12832
(518) 642-1365